UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

RJD ENTERPRISES INC.,

Defendant.

CASE NO. C20-29 MJP

MINUTE ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

THIS MATTER comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 8). The motion for default judgment is GRANTED.

//

//

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated May 8, 2020.

*[signature]*

Marsha J. Pechman
Senior United States District Judge